IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Nos. 9:18-cv-81219-DMM-DLB

Judge Donald M. Middlebrooks
Magistrate Judge Dave Lee Brannon

MITCH VELASCO, derivatively on behalf of ADT INC.,

    Plaintiff,

    vs.

TIMOTHY J. WHALL, JAMES D. DEVRIES, JEFFREY LIKOSAR, P. GRAY FINNEY, MARC E. BECKER, REED B. RAYMAN, MATHEW H. NORD, ANDREW D. AFRICK, ERIC L. PRESS, LEE J. SOLOMON, STEPHANIE DRESCHER, BRETT WATSON, DAVID RYAN, APOLLO GLOBAL MANAGEMENT LLC, PRIME SECURITY SERVICES TOPCO PARENT, L.P., APOLLO MANAGEMENT HOLDINGS, L.P., APOLLO MANAGEMENT HOLDINGS GP, LLC APOLLO MANAGEMENT, L.P., and APOLLO MANAGEMENT GP, LLC,

    Defendants,

    and

ADT INC.,

    Nominal Defendant.

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all of the defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have

neither answered any of the complaints in this consolidated action nor filed a motion for summary judgment. Notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel has received or will receive any compensation for this dismissal.

Defendants consent to the dismissal without prejudice of the above-captioned action and to each party bearing its own costs and fees.

Respectfully Submitted,

Dated: November 26, 2018

**MATHEWS GIBERSON LLP**

By: /s/ Walter J. Mathews
Walter J. Mathews
Florida Bar No.: 174319
200 S. Andrews Ave. – Suite 800
Fort Lauderdale, FL 33301
Telephone: (954) 463-1929
Facsimile: (954) 653-2963
Email: wjm@mathewsllp.com

*Liaison Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Florida Bar No.: 0182877
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Walter J. Matthews
Walter J. Matthews

## SERVICE LIST

Walter J. Mathews
Email: wjm@mathewsllp.com
**MATHEWS GIBERSON LLP**
200 S. Andrews Ave. – Suite 800
Fort Lauderdale, FL 33301
Telephone: (954) 463-1929
Facsimile: (954) 653-2963

*Liaison Counsel for Plaintiffs*

Laurence Rosen
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Timothy Brown
Email: tbrown@thebrownlawfirm.net
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204

*Co-Lead Counsel for Plaintiffs*

Steven Ellison
Email: steven.ellison@nelsonmullins.com
**NELSON MULLINS BROAD AND CASSEL**
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 832-3300
Facsimile: (561) 655-1109

Jonathan Etra
Email: jetra@broadandcassel.com
**NELSON MULLINS BROAD AND CASSEL**
2 S Biscayne Boulevard
One Biscayne Tower 21st Floor
Miami, FL 33131
Telephone: 305-373-9400
Facsimile: 305-373-9443

*Counsel for Defendants Timothy J. Whall, James D. Devries, Jeffrey Likosar, P. Gray Finney, Marc E. Becker, Reed B. Rayman, Mathew H. Nord, Andrew D. Africk, Eric L. Press, Lee J. Solomon, Stephanie Drescher, Brett Watson and David Ryan and Nominal Defendant ADT*

Frank S. Hedin
Email: fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Ave, Ste 900
Miami, FL 33131
Telephone : (305) 357-2107

Corey D. Holzer
Email: cholzer@holzerlaw.com
**HOLZER & HOLZER LLP**
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Plaintiff Michael Scheel*

Emily Komlossy
Email: eck@komlossylaw.com
**KOMLOSSY LAW, P.A.**
4700 Sheridan Street, Suite J
Hollywood, Florida
Telephone: (954) 842-2021
Facsimile: (954) 416-6223
Lawrence P. Eagel
Email: eagel@bespc.com
Melissa A. Fortunato
Email: fortunato@bespc.com
Marion C. Passmore
Email: passmore@bespc.com
Shaelyn Gambino-Morrison
Email: gambino-morrison@bespc.com
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, New York
Telephone.: (212) 308-5858
Facsimile: (212) 214-0506

*Counsel for Plaintiff Brian Bradel*

Scott W. Atherton
Email: scott@athertonlg.com
Terence Michael Mullen
Email: terence@athertonlg.com
**ATHERTON MCAULIFFE & REEDER PA**
224 Datura Street
Suite 815
West Palm Beach, FL 33401
Telephone: 561-293-2530
Facsimile: 561-293-2593

Nate Asher
Email: nasher@omm.com
Edward N. Moss
Email: emoss@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY  10036
Telephone: (212) 326-2271

*Counsel for Defendants Apollo Global Management LLC, Prime Security Services Topco Parent, L.P., Apollo Management Holdings, L.P., Apollo Management Holdings GP, LLC Apollo Management, L.P., And Apollo Management GP, LLC*